# Exhibit 3



4800 N Federal Hwy., Suite D207
Boca Raton, FL 33431

www.ImageTheftLawyer.com                              Phone: (833) 444-0088

**April 12, 2021**

**Via Priority Mail with Delivery Confirmation:** _____
Eidos Architects, P.C.
5400 Greenwood Plaza Boulevard
Greenwood Village, CO 80111
info@eidosarch.com

Our File number: 19-21-004
**Re: Unauthorized Use of Jackie Shumaker's Photograph(s)**

Dear Sir or Madam,

I am writing on behalf of my client Jackie Shumaker, who has retained my firm for the purposes of resolving a case of copyright infringement against you.  This demand is privileged from disclosure pursuant to FRE 408.

It has come to our attention that your company is using my client's photograph(s) in the website

http://eidosarch.com/project-type/community/
http://eidosarch.com/project/north-metro-fire-rescue-district-station-66/

 without a valid license or payment (the "Infringing Work").  If you have a contract or agreement that shows that you have a valid license, please produce it to avoid further controversy or litigation.

The photo at issue is shown below:



My client's photographs are subject to copyright protection under the Copyright Act, Title 17, United States Code.  Your unauthorized use of my client's work is a direct violation of his exclusive rights as the copyright owner pursuant to 17 U.S.C. § 106.

In addition to copyright infringement under 17 U.S.C. § 501, you removed copyright management information.  This constitutes a violation of 17 U.S.C. §1202(b).

This letter is to place you on notice that you are to cease and desist from any further use of my client's photographs for any purpose.  Your continued use of the photographs will be considered willful infringement and treated accordingly.  I have annexed a copy of the Infringing Work for your review.

My client's photograph(s) are registered with the Copyright Office, Library of Congress as follows: Registration number: VAu681-761 Registration date is August 08, 2005.

Accordingly, my client is entitled to all remedies under the Copyright Act for infringement.  These remedies include injunctive relief, destruction of the Infringing Work, actual damages (including all profits) or an election of statutory damages.  Further, if an action is brought, my client will seek the recovery of all costs and attorneys' fees. The Copyright Act provides for individual liability for all those associated with the infringement as well as corporate liability.

For all previously stated reasons, I hereby demand that you and any other entity acting on your behalf:
1. Immediately cease and desist from any further reproduction, display, broadcast, transmission, offering for sale, advertising, promotion, distribution or any other use or exploitation of the Infringing Work;
2. Provide an accounting of all uses of the Infringing Work in any and all formats;
3. Provide for how long or from what date the Infringing Work was initially used;
4. Identify the parties involved in the creation of the Infringing Work;
5. Provide the source of the image;

If your business carries business insurance, tender this claim to your insurance carrier and provide my office with the insurance information including the policy/claim number and coverages.

Upon receipt of the information requested, we will consider and determine an appropriate amount of compensation required to be paid to my client.

My client treats copyright infringement as a serious matter.  However, if you are interested in resolving this matter prior to litigation, we expect full compliance with the above demands.  Please provide the information requested within Fifteen (15) days of receiving this letter.  Otherwise I will take further steps to protect my client's rights.

I look forward to receiving your timely response.
Sincerely,

**Sergio Calderon Baron, Esq.**
Sergio@ImageTheftLawFirm.com
(833) 444-0088







# IMAGE THEFT
## LAW FIRM, P.A.

4800 N Federal Hwy., Suite D207
Boca Raton, FL 33431

www.ImageTheftLawyer.com                                     Phone: (833) 444-0088

**April 27, 2021**

**Via email lhanson@eidosarch.com**
5400 Greenwood Plaza Boulevard
Greenwood Village, CO 80111
info@eidosarch.com

Our File number: 19-21-004
**Re: Unauthorized Use of Jackie Shumaker's Photograph(s)**

Dear Sir or Madam,

I am writing on behalf of my client Jackie Shumaker, who has retained my firm for the purposes of resolving a case of copyright infringement against you. This demand is privileged from disclosure pursuant to FRE 408.

It has come to our attention that your company is using my client's photograph(s) in the website

http://eidosarch.com/project-type/community/
http://eidosarch.com/project/north-metro-fire-rescue-district-station-66/

http://eidosarch.com/project/page/3/
http://eidosarch.com/project/holy-family-catholic-church/


 without a valid license or payments (the "Infringing Work"). If you have a contract or agreement that shows that you have a valid license, please produce it to avoid further controversy or litigation.

The photos at issue is shown below:





My client's photographs are subject to copyright protection under the Copyright Act, Title 17, United States Code.  Your unauthorized use of my client's work is a direct violation of his exclusive rights as the copyright owner pursuant to 17 U.S.C. § 106.

In addition to copyright infringement under 17 U.S.C. § 501, you removed copyright management information.  This constitutes a violation of 17 U.S.C. §1202(b).

This letter is to place you on notice that you are to cease and desist from any further use of my client's photographs for any purpose.  Your continued use of the photographs will be considered willful infringement and treated accordingly.  I have annexed a copy of the Infringing Work for your review.

My client's photograph(s) are registered with the Copyright Office, Library of Congress as follows:
Registration number: VAu681-761 Registration date is August 08, 2005.
Registration number: VAu720-566 Registration date is September 11, 2006.

Accordingly, my client is entitled to all remedies under the Copyright Act for infringement.  These remedies include injunctive relief, destruction of the Infringing Work, actual damages (including all profits) or an election of statutory damages.  Further, if an action is brought, my client will seek the recovery of all costs and attorneys' fees. The Copyright Act provides for individual liability for all those associated with the infringement as well as corporate liability.

I am sending this letter to give you an opportunity to settle these copyright infringement claims as early as possible.  To settle this case, my client makes the following offer:

- One-time payment of **$ 12,000.00.**

This settlement offer is a significantly reduced amount compared to what we will offer to settle after we file suit or compared to a judgment amount a court may enter against you.  In exchange, my client will provide a release for the unauthorized use of his image.  Additionally, each side would bear their own attorney's fees and costs.

**Please make check for $ 12,000.00. payable to "Image Theft Law Firm, P.A. Trust Account".  Please direct all checks to Image Theft Law Firm, P.A. 4800 N. Federal Hwy., Suite D207 Boca Raton FL 33431.**

**IF WE DO NOT HEAR FROM YOU WITHIN (10) DAYS FROM THE DATE OF THIS LETTER, THEN WE WILL TAKE FURTHER STEPS TO PROTECT MY CLIENT'S RIGHT.**

I look forward to receiving your timely response.
Sincerely,

**Sergio Calderon Baron, Esq.**
Sergio@ImageTheftLawFirm.com
(833) 444-0088



# Portfolio

COMMUNITY • EDUCATION • OFFICE • RELIGIOUS                                    VIEW ALL

ABOUT    PORTFOLIO    [logo]    NEWS    CONTACT US

« 1 2 [3] 4 5 »

CLIENT LOGIN • STAFF LOGIN                                    5400 GREENWOOD PLAZA BOULEVARD
720.200.0630 • E-MAIL US                                      GREENWOOD VILLAGE, CO 80111

f  twitter  in  YouTube                                       COPYRIGHT © 2021 • EIDOS ARCHITECTS







